543 U.S. 1024
 McDEID
v.
MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM.
COKER
v.
MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM.
JOHNSON
v.
MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM.
POOLE
v.
MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM.
SERNA
v.
MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM.
RUBIN
v.
MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM.
BENSON
v.
MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM.
ROBB
v.
MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM.
SABO
v.
MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM.
WILSON
v.
MOONEY, DIRECTOR OF THE MINNESOTA SEX OFFENDER PROGRAM. and
LEE
v.
MOONEY, DIRECTOR OF
THE MINNESOTA SEX OFFENDER PROGRAM.
 No. 04-6616.
 Supreme Court of United States.
 December 6, 2004.
 
 1
 Ct. App. Minn. Certiorari denied.